**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Tiffany Taylor, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: No: 1:10-cv-10964 |
| | : |
| Asset Acceptance, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 18, 2010

                                                Respectfully submitted,

                                                PLAINTIFF, Tiffany Taylor

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 18, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg_____

              Sergei Lemberg