# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tiffany Taylor, | : |
| | : |
| Plaintiff, | : Civil Action No.: No: 1:10-cv-10964 |
| v. | : |
| Asset Acceptance; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Tiffany Taylor ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 7, 2010

                                                    Respectfully submitted,

                                                    By: /s/ Sergei Lemberg

                                                    Sergei Lemberg, Esq.
                                                    BBO No.: 650671
                                                    Lemberg & Associates L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (877) 795-3666
                                                    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg